IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

AUBREY SCHROCK                          PLAINTIFF

VS.                          CIVIL ACTION NO.: 1:13-cv-00239

CITY OF SHANNON, ET AL.                          DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Aubrey Schrock, and Defendants, City of Shannon, Desiree Kershner, individually and as City of Shannon Chief of Police, Tombigbee Electric Power Association, Gary Carnathan, Mississippi Municipal Service Company, and Mary Quinn, individually and as an Agent of Mississippi Municipal Service Company, each through counsel, upon joint application to dismiss any and all claims and counterclaims which were either asserted or which could have been asserted by, between or amongst all of the parties in this matter and arising out of or related to the incident involving Aubrey Schrock striking a light pole or any other event described in the pleadings or associated therewith in this cause, with prejudice as related to all parties, and the Court has been advised that they each mutually desire to dismiss this matter in its entirety at this time. This Court having fully considered said joint application, and otherwise being fully advised in the premises, finds that the joint application is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case shall be and is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED, this the 16th day of April, 2014.

                                             _/s/ Sharion Aycock_____
                                             UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY:


 /s/ Scott R. Hendrix
Scott R. Hendrix, MSB No. 10680
Mitchell, McNutt & Sams, P.A.
Post Office Box 7120
Tupelo, MS 38802
shendrix@mitchellmcnutt.com
Attorney for Defendant Tombigbee Electric
Power Association



 /s/ Victoria Jean Johnson Hoggatt
Victoria Jean Johnson Hoggatt, MSB No. 2497
Hoggatt Law
60094 Tubb Drive
Amory, MS 38821
vjh@currentconstitutionalapp.com
Attorney for Plaintiff Aubrey Schrock



 /s/ Krissy Casey Nobile
Gary E. Friedman, MSB No. 5532
Krissy Casey Nobile, MSB No. 103577
P.O. Box 16114
Jackson, MS 39236-6114
friedmag@phelps.com
Attorneys for Defendants City of Shannon,
Desiree Kershner, Gary Carnathan,
Mississippi Municipal Service Company
and Mary Quinn